

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| SIERRA CLUB DE PUERTO RICO, CIUDADANOS EN DEFENSA DEL AMBIENTE, MADRES DE NEGRO DE ARECIBO, and COMITÉ BASURA CERO ARECIBO, | ) ) ) ) ) |
| | ) Case No. 14-1138 |
| Petitioners, | ) ) |
| v. | ) ) |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, and GINA MCCARTHY, ADMINISTRATOR OF THE U.S. ENVIRONMENTAL PROTECTION AGENCY, | ) ) ) ) |
| | ) |
| Respondent. | ) ) |

## PETITION FOR REVIEW

Pursuant to the Clean Air Act, § 307(b)(1), 42 U.S.C. § 7607(b)(1), Rule 15

of the Federal Rules of Appellate Procedure, and Circuit Rule 15, the Sierra Club

de Puerto Rico, Ciudadanos en Defensa del Ambiente, Madres de Negro de

Arecibo, and Comité Basura Cero Arecibo hereby petition the court for review of

the U.S. Environmental Protection Agency's decision granting a Prevention of

Significant Deterioration permit to Energy Answers Arecibo, LLC, and the

decision of the Environmental Appeals Board dated March 25, 2014, in *In re:*

*Energy Answers Arecibo, LLC*, PSD Appeal Nos. 13-05 through 13-09.  Notice of

the final agency action was published in the Federal Register at 79 Fed. Reg.

28710 (May 19, 2014), attached as Exhibit 1.

1

This petition seeks judicial review of the nationally applicable final rule of the Environmental Protection Agency entitled *Requirements for Preparation, Adoption, and Submittal of SIPs; Approval and Promulgation of State Implementation Plans*, 45 Fed. Reg. 31,307, 31,312 (May 13, 1980) (to be codified at 40 C.F.R. §51.18(j)), attached as Exhibit 2. This rule is now codified at 40 C.F.R. §51.165(a)(2)(i). Under this rule, the Environmental Protection Agency unlawfully limits the preconstruction review program for nonattainment areas under Sections 172(c)(5) and 173 of the Clean Air Act to a new major stationary source "that is major for the pollutant for which the area is designated nonattainment." Petitioners' challenge is ripe under the Court's decision in *Coalition for Responsible Regulation v. Environmental Protection Agency*, 684 F.3d 102 (June 26, 2012).

Dated: July 16, 2014

Respectfully submitted,

BY:   Christopher D. Ahlers

Christopher D. Ahlers
8163 Oak Leaf Lane
Williamsville, New York 14221
Tel: (716) 636-4830
chrisahlers@vermontlaw.edu
Counsel for Petitioners

(application for admission forthcoming)

2

Douglas A. Ruley
Environmental and Natural Resources Law
Clinic
Vermont Law School
P.O. Box 96, 164 Chelsea Street
South Royalton, VT  05068
Tel: (802) 831-1136
Fax: (802) 831-1630
druley@vermontlaw.edu
Counsel for Petitioners

(admitted to D.C. Circuit)

Adriana González-Delgado
Sierra Club de Puerto Rico
P.O. Box 21552
San Juan, PR 00931-1552

Iván Federico Elías Rodríguez
Ciudadanos en Defensa del Ambiente (CEDDA)
Apartado 8054
Arecibo, PR 00613

Teresa Sánchez Rodríguez
Madres de Negro de Arecibo
Victor Rojas 1
Calle Amadeus #290
Arecibo, PR 00612

Javier Biaggi Caballero
Comité Basura Cero Arecibo
Urb Las Brisas
C-72 Calle 6

## UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| SIERRA CLUB DE PUERTO RICO, <br> CIUDADANOS EN DEFENSA DEL AMBIENTE, <br> MADRES DE NEGRO DE ARECIBO, and <br> COMITÉ BASURA CERO ARECIBO, <br><br>            Petitioners, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, <br> and GINA MCCARTHY, ADMINISTRATOR OF THE <br> U.S. ENVIRONMENTAL PROTECTION AGENCY, <br><br>            Respondent. | ) <br> ) <br> ) <br> ) <br> ) Case No. _____ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing Petition for Review, on this 16th day of July, 2014, via USPS First-class Mail to the following:

Henry C. Eisenberg, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005-2111
(Counsel for Energy Answers Arecibo, LLC before the Environmental Appeals Board)

Martha G. Quiñones Dominguez
P.O. Box 8054
Arecibo, PR 00613
(Petitioner before the Environmental Appeals Board)

Eliza Llenza
P.O. Box 9865
San Juan, PR 00908

(Petitioner before the Environmental Appeals Board)

Cristina Galán
Urb. Radioville #121
Ave. Atlantico
Arecibo, PR 00612
(Petitioner before the Environmental Appeals Board)

Waldemar Natalio Flores Flores
Forest Hills B 20, Calle 4
Bayamón, PR 00959-5527
(Petitioner before the Environmental Appeals Board)

Aleida Centeno Rodríguez
25 X 11, Mirador Vista Azul
Arecibo, PR 00612
(Petitioner before the Environmental Appeals Board)

Fermín Arraiza Navas
Apartado 9023951
San Juan, Puerto Rico 00902-3951
(Counsel for Petitioner Centeno before the Environmental Appeals Board)

Dated at South Royalton, Vermont on July 16, 2014.

BY: *Christopher D. Ahlers*

Christopher D. Ahlers
8163 Oak Leaf Lane
Williamsville, New York 14221
Tel: (716) 636-4830
chrisahlers@vermontlaw.edu
Counsel for Petitioners